IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 14-08916 ESL |
| MARISOL RODRIGUEZ NEGRON | * | CHAPTER 13 |
| DEBTOR | * | |

**DEBTOR'S NOTICE OF FILING OF AMENDED SCHEDULES "B" and "C"**

**TO THE HONORABLE COURT:**

**COMES NOW, MARISOL RODRIGUEZ NEGRON,** the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting **Amended Schedules "B" and "C"**, dated May 14, 2015, herewith and attached to this motion.

2. The amendments to Schedules "B" and "C" are filed to include the business inventory (equipment and merchandise) for debtor's d/b/a REX Cream, and to claim the appropriate business inventory exemption.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Schedule "B" and "C"
Case no. 14-08916 ESL13

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 14th day of May, 2015.

/s/Roberto Figueroa Carrasquillo
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

B6B (Official Form 6B) (12/07)

IN RE RODRIGUEZ NEGRON, MARISOL                     Case No. 3:14-bk-8916
_____                              _____
            Debtor(s)                                              (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Banco Popular De PR d/b/a Rex Cream Checking account: X | | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Misc Household Goods and Furnishings | | 7,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes and personal effects | | 800.00 |
| 7. Furs and jewelry. | | Jewelry | | 1,200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE RODRIGUEZ NEGRON, MARISOL
Debtor(s)

Case No. 3:14-bk-8916
(If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Nissan 300 ZX<br>Debtor has "bare title" (DTOP)to this motor vehicle which is in possesion of third party.<br>Mileage: 165,000 | | 1.00 |
| | | 1998 Ford F-150<br>Vin #: IFTZX0767WKA72128<br>Mileage: 160,000 | | 2,236.00 |
| | | 2003 Lincoln Navigator<br>#Vin: 5LMFU27R03L33416<br>Mileage: 134,000 | | 4,554.00 |
| | | 2010 Jeep Wrangler<br>#Vin: IJ4BA6H17AL114223<br>Mileage: 62,500 | | 22,605.00 |
| 26. Boats, motors, and accessories. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE RODRIGUEZ NEGRON, MARISOL _____ Case No. 3:14-bk-8916
   Debtor(s)                                                                  (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | d/b/a REX Cream equipment inventory:<br>one (1) walk-in freezer ($1,000)<br>one (1) frezer and mixer ($500)<br>Counter ($500)<br>two (2) tables ($50 each) and twelve (12) chairs ($15 each/$180)<br>Juicer and grater $100<br>Mixer $200 | | 2,480.00 |
| | | Merchandise inventory d/b/a Rex Cream:<br>napkins, cones, cups, straws, spoons, vainilla, cocoa, syrups, sugar, milk. | | 800.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 41,677.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

___0___ continuation sheets attached

B6C (Official Form 6C) (04/13)

IN RE RODRIGUEZ NEGRON, MARISOL                           Case No. 3:14-bk-8916
               Debtor(s)                                              (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| Debtor owns a residential property located at Urb Arbolada F1 St Tabonuco in Caguas, Puerto Rico. This property consists of 2 level, 3 bedrooms, 1 bathroom, living & dinning room, kitchen and balcony.<br><br>Total value is $145,000.00<br>Less Mortgage: $133477.11 = $11,523.00 | 11 USC § 522(d)(1) | 11,522.89 | 145,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Misc Household Goods and Furnishings | 11 USC § 522(d)(3) | 7,000.00 | 7,000.00 |
| Clothes and personal effects | 11 USC § 522(d)(3) | 800.00 | 800.00 |
| Jewelry | 11 USC § 522(d)(4) | 1,200.00 | 1,200.00 |
| 1998 Ford F-150<br>Vin #: IFTZX0767WKA72128<br>Mileage: 160,000 | 11 USC § 522(d)(5) | 2,236.00 | 2,236.00 |
| 2003 Lincoln Navigator<br>#Vin: 5LMFU27R03L33416<br>Mileage: 134,000 | 11 USC § 522(d)(2)<br>11 USC § 522(d)(5) | 3,614.00<br>940.00 | 4,554.00 |
| d/b/a REX Cream equipment inventory:<br>one (1) walk-in freezer ($1,000)<br>one (1) frezer and mixer ($500)<br>Counter ($500)<br>two (2) tables ($50 each) and twelve (12) chairs ($15 each/$180)<br>Juicer and grater $100<br>Mixer $200 | 11 USC § 522(d)(5) | 2,480.00 | 2,480.00 |
| Merchandise inventory d/b/a Rex Cream: napkins, cones, cups, straws, spoons, vainilla, cocoa, syrups, sugar, milk. | 11 USC § 522(d)(5) | 800.00 | 800.00 |

\* *Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE RODRIGUEZ NEGRON, MARISOL                         Case No. 3:14-bk-8916
                       Debtor(s)                                          (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 4 Sch. B & C sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 14, 2015**        Signature: /s/ MARISOL RODRIGUEZ NEGRON
                                                                                                  Debtor

Date: _____          Signature: _____
                                                              (Joint Debtor, if any)
                                              [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____
                                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          ASOCIACION RESIDENTES SABANERA DEL RIO INC    BANCO POPULAR PR
0104-3                                   HECTOR L CLAUDIO ROSARIO ESQ                  FORTUNO & RIVERA FONT LLC
Case 14-08916-ESL13                      200 AVE RAFAEL CORDERO STE 140                PO BOX 13786
District of Puerto Rico                  PMB 285                                       SAN JUAN, PR 00908-3786
Old San Juan                             CAGUAS, PR 00725-4303
Thu May 14 14:08:48 AST 2015

Banco Popular PR - Special Loans         COOP A/C AGUAS BUENAS                         FIRSTBANK PR
PO BOX 362708                            PO BOX 5                                      PO BOX 9146
SAN JUAN, PR 00936-2708                  AGUAS BUENAS, PR 00703-0005                   SAN JUAN, PR 00908-0146


US Bankruptcy Court District of P.R.     A&J Collection Agency                         AAA
Jose V Toledo Fed Bldg & US Courthouse   PO Box 1010                                   PO Box 70101
300 Recinto Sur Street, Room 109         Camuy, PR 00627-1010                          San Juan, PR  00936-8101
San Juan, PR 00901-1964


AEE                                      AT&T Mobility Puerto Rico, Inc                American InfoSource LP as agent for
PO Box 372828                            % AT&T Services, Inc                          Midland Funding LLC
Cayey, PR  00737-2828                    Karen Cavagnaro, Paralegal                    PO Box 268941
                                         One AT&T Way, Room 3A104                      Oklahoma City, OK  73126-8941
                                         Bedminster, NJ 07921-2693


Asociacion Res Sabanera Del Rio, Inc     Att Services                                  BANCO POPULAR DE PUERTO RICO
600 Camino Sabanera                      PO Box 192830                                 BANKRUPTCY DEPARTMENT
Gurabo, PR  00778                        San Juan, PR 00919-2830                       PO BOX 366818
                                                                                       SAN JUAN PR 00936-6818


BANCO POPULAR DE PUERTO RICO             Banco Popular De Puerto Rico                  Banco Popular De Puerto Rico
PO BOX 362708                            209 Munoz Rivera Ave                          PO Box 2708
SAN JUAN, PR 00936-2708                  San Juan, PR 00918-1000                       San Juan, PR  00936


Bp-Credit line                           Bureaus Investment Group Portfolio No 15 LLC  Capital One Retail Card Service
PO Box 2708                              c/o Recovery Management Systems Corp          1717 Central St
San Juan, PR  00936                      25 SE 2nd Avenue Suite 1120                   Evanston, IL 60201-1507
                                         Miami FL 33131-1605


Citibank N.a.                            Claro                                         Cooperativa A/C Aguas Buenas
8875 Aero Dr Ste 200                     PO Box 360998                                 PO BOX 5
San Diego, CA 92123-2255                 San Juan, PR  00936-0998                      Aguas Buenas, PR  00703-0005


DTOP                                     FIRSTBANK                                     First Bank Auto
Minillas Sta                             CONSUMER SERVICE CENTER                       Auto Loans Department
San Juan, PR  00940-1269                 BANKRUPTCY DIVISION-(CODE 248)                PO Box 11852
                                         PO BOX 9146, SAN JUAN, PR. 00908-0146         San Juan, PR 00910-3852


Hector L Claudio Rosario                 Jose L Correa Cintron                         Lcdo Reinaldo Rodriguez Ojeda
200 Ave Rafael Cordero Ste 140 PMB 285   Colegiado Num 6033                            PO Box 363907
Caguas, PR  00725-4303                   PO Box 246                                    San Juan, PR  00936-3907
                                         Trujillo Alto, PR  00977-0246
```

```
Martinez & Torres Law Offices        Midland Funding                         PUERTO RICO TELEPHONE DBA CLARO
PO Box 192938                        8875 Aero Dr Ste 200                    FRANCISCO J SILVA, ESQ
San Juan, PR 00919-3409              San Diego, CA  92123-2255               PO BOX 360998
                                                                             SAN JUAN, PR 00936-0998


Ramirez Y Delgado                    Synchrony Bank                          The Bureaus Inc
PO Box 5                             c/o of Recovery Management Systems Corp 1717 Central St
Aguas Buenas, PR  00703-0005         25 S.E. 2nd Avenue, Suite 1120          Evanston, IL  60201-1507
                                     Miami, FL 33131-1605


JOSE RAMON CARRION MORALES           MARISOL RODRIGUEZ NEGRON                MONSITA LECAROZ ARRIBAS
PO BOX 9023884                       URB SABANERA DEL RIO                    OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00902-3884              171 CAMINO FLAMBOYANES STREET           OCHOA BUILDING
                                     GURABO, PR 00778-5049                   500 TANCA STREET  SUITE 301
                                                                             SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Banco Popular de Puerto Rico  Special Loan    End of Label Matrix
Migdalia Effie Guasp, Esq.                       Mailable recipients   39
Special Loans Department (733)                   Bypassed recipients    1
P.O. Box 362708, San Juan, P.R. 00936-27         Total                 40
```